UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>SWYRHI LIZBETH MANZO-RODELO,<br><br>                              Defendant. | Case No.: 18cr1520 AJB<br><br>**ORDER AND JUDGMENT GRANTING MOTION TO DISMISS**<br><br>**(Doc. No. 30)** |

      Pursuant to Plaintiff's Motion to Dismiss, the Court hereby grants dismissal without prejudice.

      The motion hearing/trial setting scheduled for May 29, 2018 is hereby vacated.

IT IS SO ORDERED.

Dated: May 29, 2018

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge

1

18cr1520 AJB